## LAEDdb_LAEDMDL

| | |
|---|---|
| **From:** | Laura Townsend |
| **Sent:** | Friday, September 25, 2020 9:13 AM |
| **To:** | LAEDdb_LAEDMDL |
| **Subject:** | Request to Transfer Case to SD/IN Cook IVC Filter MDL |
| **Attachments:** | MDL - 2570 CTO 105.pdf |

Case Transfer Order – CTO-105

Dear Clerk of Court:

Attached is a certified copy of the Case Transfer Order- CTO-105, from the Judicial Panel on Multidistrict Litigation ordering the transfer of a case currently pending in your district:

LAE 2 20–02495 Batiste v. Cook Incorporated et al

Please transmit the record of this case to the Southern District of Indiana using the CM/ECF Extract-Transfer Case utility.  **Please include in the remark section:  Transferred to Judge Richard L. Young, pursuant to MDL transfer order (MDL 2570).**

If you have any questions, please feel free to contact me.


Laura Townsend
Deputy in Charge/CRD to
Magistrate Judge Van T. Willis
U.S. District Court
Southern District of Indiana
121 W. Spring Street, Room 210
New Albany, IN  47150
(812) 542-4511